UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. TITLOW,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON RACKLEY,<br><br>　　　　　Respondent. | Case No. 17-cv-06690-EMC<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Docket No. 8 |

Petitioner has filed a motion for appointment of counsel to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. Petitioner states that he only went through the ninth grade in school, and "is not literate enough to do his own legal research." Docket No. 2. However, he is learning to read in prison and states that he can find someone to read legal documents to him. Docket No. 8 at 1-2. He has worked throughout his adult life as a union carpenter, which is not a job for the completely illiterate. *Id.* at 2. The claims presented in his

///

///

///

///

habeas petition are not particularly complex and were briefed on direct appeal, where Petitioner was represented by counsel. Indeed, his petition has the state court appellate brief attached to it for the statement of his claims. For these reasons, Petitioner's request for appointment of counsel is **DENIED**. Docket No. 8.

**IT IS SO ORDERED**.

Dated: March 21, 2018

_____
EDWARD M. CHEN
United States District Judge